# Court of Appeals
# of the State of Georgia

ATLANTA, December 01, 2016

*The Court of Appeals hereby passes the following order*

**A17I0082. KERRY LEON JAMISON v. WAL-MART STORES EAST, LP, d/b/a WALMART; WAL-MART STORES, INC., d/b/a WALMART, et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14A53419



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 01, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*